UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| J. L.V., ET AL. | CIVIL ACTION |
| VERSUS | |
| BRIAN ACUNA, ET AL. | NO. 25-00669-BAJ-RLB |

### ORDER

Before the Court is **Defendants Brian Acuna, Scott Ladwig, Todd Lyons, Kristi Noem, Pamela Bondi, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement's Motion to Stay Case During Lapse of Appropriations (Doc. 33),** asking the Court to stay this case until Congress has restored appropriations for the Department of Justice ("DOJ"). Defendants indicate that DOJ attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, which are inapplicable here. (*Id.* at 1). Plaintiffs "take no position" on the Motion. (*Id.*). Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** until Congress has restored appropriations to the DOJ.

**IT IS FURTHER ORDERED** that Defendants shall immediately notify the Court upon a restoration of appropriations to the DOJ.

Baton Rouge, Louisiana, this 8th day of October, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA