UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| J. L.V., ET AL. | CIVIL ACTION |
| VERSUS | |
| BRIAN ACUNA, ET AL. | NO. 25-00669-BAJ-RLB |

### ORDER

Before the Court is **Defendants Brian Acuna, Scott Ladwig, Todd Lyons, Kristi Noem, Pamela Bondi, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement's Motion for Extension of Time to File Response to Motion for a Preliminary Injunction (Doc. 43)**, seeking an extension of time to oppose Plaintiffs' Motion for Preliminary Injunction (Doc. 38) due to the federal lapse in appropriations and resulting furloughs of Department of Justice attorneys.

Plaintiffs oppose the Motion, arguing that an extension of time is inappropriate because the issues presented in their Motion for Preliminary Injunction implicate the safety and wellbeing of Plaintiffs—mothers and their children. (Doc. 44). Although the Court understands the challenges presented to Defense Counsel due to the current federal lapse in appropriations, the issues Plaintiffs present in their Motion for Preliminary Injunction are time sensitive and must be handled expeditiously.

Accordingly,

**IT IS ORDERED** that the Motion (Doc. 43) is **DENIED.**

Baton Rouge, Louisiana, this 4th day of November, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**