**SEALED**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **J. L.V., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **\*\*SEALED\*\*** |
| **BRIAN ACUNA, ET AL.** | **NO. 25-00669-BAJ-RLB** |

## ORDER

Considering Defendants' **Motion for Leave to File A-Files Under Seal (Doc. 76),**

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Government shall file the A-Files at issue under seal on or before March 18, 2026, the deadline previously set by the Magistrate Judge. (Doc. 75).

Baton Rouge, Louisiana, this 18th day of March, 2026

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

W. Most
K. Green
J. Jack