**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **J. L.V., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **BRIAN ACUNA, ET AL.** | **NO. 25-00669-BAJ-RLB** |

**ORDER**

Considering Plaintiffs' **Motion For Leave To File An Enlarged Reply Memorandum (Doc. 54),**

**IT IS ORDERED** that the Motion is **DENIED AS MOOT.**

Baton Rouge, Louisiana, this 28th day of May, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**