**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**J. L.V., ET AL.** **CIVIL ACTION**

**VERSUS**

**BRIAN ACUNA, ET AL.** **NO. 25-00669-BAJ-RLB**

**ORDER**

Considering Defendants' **Motion for an Extension of Time to File Response to Plaintiffs' Supplemental Briefing (Doc. 100),** which seeks a one-week extension of its October 27, 2026 response deadline,

**IT IS ORDERED** that the Motion is **GRANTED**. The Government shall file its response to Plaintiff's Supplemental Brief (Doc. 99) on or before November 3, 2026.

Baton Rouge, Louisiana, this 22nd day of October, 2026

Brian A. Jackson

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**